# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Hanna Lee Raymer,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00168-KDB |
| | ) | 5:16-cr-00048-KDB-DSC |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2020 Order.

April 3, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court